IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GARRY A. BORZYCH,

    Plaintiff,

    v.

Case No. 20-cv-485-wmc

WISCONSIN LEGISLATURES,
GWENDOLYN A. VICK, LINDA
ALSUM, TONIA MOON, EMILY
DAVIDSON, and CINDY O'DONNELL,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 3/12/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |